UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLIYA FEDUN, | |
| Plaintiff, | |
| -against- | |
| DINO BONES PRODUCTIONS, INC., | |
| Defendant. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __2/18/2020__

1:19-cv-11789-MKV

ORDER OF
DISCONTINUANCE

MARY KAY VYSKOCIL, United States District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **March 19, 2020**. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: **February 18, 2020**
     **New York, NY**

                                                           **MARY KAY VYSKOCIL**
                                                           **United States District Judge**